Jacob Beloff Co., Inc., Respondent, v. Kasal Realty Corporation and Capital City Surety Company, Appellants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellants pay respondent thirty dollars costs within five days from the entry of the order herein; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

Melanie Bencoe, Appellant, v. Charles A. Bond, Respondent.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

Annie Bergoffen, Appellant, v. Lillian Gillespie, Respondent.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

William Braun, Respondent, v. Annie Trousdale and George Ellis, Appellants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

Britton Building Corporation, Respondent, v. Nilus Building Corporation, Appellant, and Others, Defendants.— Motion for extension of time to perfect and argue appeal denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

Eugene W. Brusie, Appellant, v. Paschgit Building Corporation and Others, Respondents.— Motion to dismiss appeal from order dismissing complaint denied, with ten dollars costs, because of the failure of the moving party to comply with rule 12.■ Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

Eugene W. Brusie, Appellant, v. Paschgit Building Corporation and Others, Respondents.— Motion to dismiss appeal from order canceling notice of pendency of action denied, with ten dollars costs, because of the failure to the moving party to comply with rule 12.* Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

Arthur R. Callahan, as Receiver of Cass & Apfel, Appellant, v. Guisippina Parascandola, as Administratrix, etc., of Joseph Auditore, Deceased, Appellant. Charles L. Apfel and Others, Respondents, and Jack Lobsenz, Defendant.— Motion of plaintiff, appellant, Callahan, as receiver, for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

Arthur R. Callahan, as Receiver of Cass & Apfel, Appellant, v. Guisippina Parascandola, as Administratrix, etc., of Joseph Auditore, Deceased, Appellant. Charles L. Apfel and Others, Respondents, and Jack Lobsenz, Defendant.— Motion of defendant, appellant, Parascandola, as administratrix, for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.